IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Fields, David A

Printed: 01/22/09

Case Number:  05 B 42344
Judge:  Wedoff, Eugene R
Filed:  9/30/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 19, 2008
Confirmed: November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,103.92 |  |
| Secured: |  | 12,563.24 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,604.00 |
| Trustee Fee: |  | 776.68 |
| Other Funds: |  | 160.00 |
| Totals: | 15,103.92 | 15,103.92 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,604.00 | 1,604.00 |
| 2. | Triad Financial Services | Secured | 17,085.30 | 12,563.24 |
| 3. | Triad Financial Services | Unsecured | 1,015.23 | 0.00 |
| 4. | Cavalry Portfolio Services | Unsecured | 192.85 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 166.23 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 157.16 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 345.37 | 0.00 |
| 8. | NYS Higher Educ. Serv. Corp. | Unsecured | 2,394.54 | 0.00 |
| 9. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 10. | Salvatore Spinelli | Unsecured |  | No Claim Filed |
| 11. | Medical Payment Data | Unsecured |  | No Claim Filed |
| 12. | Medical Payment Data | Unsecured |  | No Claim Filed |
| 13. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 14. | AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |
| 15. | Providian | Unsecured |  | No Claim Filed |
| 16. | TCF Bank | Unsecured |  | No Claim Filed |
| 17. | Oxford Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,960.68 | $ 14,167.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 283.85 |
| 5% | 60.75 |
| 4.8% | 244.80 |
| 5.4% | 187.28 |
|  | $ 776.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Fields, David A

Printed: 01/22/09

Case Number:  05 B 42344
Judge:  Wedoff, Eugene R
Filed:  9/30/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

